IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MUHAMET AJVAZI | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14CV764 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report recommends that Muhamet Ajvazi's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be denied and the case dismissed with prejudice. Ajvazi has filed no written objections.

Accordingly, it is **ORDERED** that Ajvazi's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and the case is hereby **DISMISSED WITH PREJUDICE**.

Further, it is **ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this the 31st day of March, 2017.**

*(signature)*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1